UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JONATHAN DONNELL WILLIAMS, | : | |
| Plaintiff, | : | Civ. No. 20-10269 (PGS) (TJB) |
| v. | : | |
| VICTORIA F. PRATT, et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

Plaintiff is proceeding with a *pro se* civil rights complaint. He was previously detained at the Essex County Correctional Facility ("ECCF") in Newark, New Jersey when he filed this action. This Court granted Plaintiff's application to proceed *in forma pauperis*. (*See* ECF 5). Subsequently, however, mail sent to Plaintiff by this Court to his listed address at ECCF and subsequent address of record was returned as undeliverable. (*See* ECF 6 & 7). Plaintiff is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, it is this 17th day of May, 2021,

ORDERED by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED if Plaintiff updates his contact information and satisfies the appropriate Rules, the Court will re-open this matter to screen to screen his complaint; and it is further

ORDERED the Clerk shall serve this order on Plaintiff by regular U.S mail at his last listed address of record.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.